*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00116-CV

Rogelio **LOPEZ**,
Appellant

v.

Rosa Maria **LOPEZ**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 2486
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  May 6, 2009

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on September 22, 2008. Because Appellant filed a motion for new trial, the notice of appeal was due to be filed on December 22, 2008. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on January 6, 2009. *See* TEX. R. APP. P. 26.3. Appellant, however, did not file his notice of appeal until February 25, 2009. Appellant did not file a motion for extension of time. Thus, Appellant's notice of appeal was untimely filed.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex.1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We, therefore, ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responded to our order, but failed to show that we have jurisdiction over this appeal. Therefore, we dismiss this appeal for lack of jurisdiction.


PER CURIAM